Jared C. Bunker (SBN 246946)
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Jared.Bunker@knobbe.com

*Attorneys for Sterno, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIPM, LLC,<br>Plaintiff,<br>v.<br>STERNO, LLC,<br>Defendant. | Case No. 5:26-cv-1821-KK-ACCV<br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED, this Court consenting, by and between CIPM, LLC, and Sterno, LLC, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims in this action are dismissed, without prejudice, with all parties to bear their own costs and attorneys' fees.

Dated: June 29, 2026

Knobbe, Martens, Olson & Bear, LLP
s/Jared C. Bunker
*Attorneys for Sterno, LLC*

Wagner, Anderson & Bright PC
s/Patrick Bright
Attorneys for CIPM, LLC

SO ORDERED

Date: July 1, 2026

U.S. District Judge